INDEPENDENT LOAN COMPANY, INCORPORATED, APPELLANT, v. DAVID S. TYSON ET AL., RESPONDENTS.

Submitted February 11, 1938—Decided April 29, 1938.

For the appellant, *Albert B. Kahn.*

For the respondent, *William E. Blackman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, CASE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 14.

*For reversal*—None.